### MITCHELL v. STATE. (No. 7816.)

(Court of Criminal Appeals of Texas. Oct. 3, 1923.)

Criminal law ⬅1070—Appeal abated, where appellant at time of hearing has been already executed under prior sentence.

Where, at the time of hearing on appeal in a criminal prosecution, defendant has already been executed under prior death sentence, the appeal will be abated.

Appeal from District Court, McLennan County; Richard I. Munroe, Judge.

Roy Mitchell was convicted of murder, and he appeals. Appeal abated.

R. G. Storey, Asst. Atty. Gen., for the State.

MORROW, P. J. Under an indictment charging the murder of W. E. Holt, appellant was convicted, and his punishment fixed at death. In another case, tried in the same court, appellant was convicted of the murder of another person. The death penalty was assessed. On appeal, the judgment was affirmed. See Mitchell v. State, 252 S. W. 1117. Appellant was executed at Waco, Tex. on the 30th of July, 1923.

By reason of his death, the proper disposition of this appeal is its abatement. Such is the order.